IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.   M-23-900-SM |
| PAULINE ABRAHAM, | ) ) | Violation:  18 U.S.C. § 208(a) |
| Defendant. | ) ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1
**(Acts affecting a personal financial interest by an executive branch employee)**

On or about October 5, 2019, in the Western District of Oklahoma, ---------------------------------------- PAULINE ABRAHAM,---------------------------------------- being an employee of the executive branch of the United States Government, knowingly participated personally and substantially as a Government employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation, or otherwise, in a contract, in which Defendant had a financial interest.

All in violation of Title 18, United States Code, Section 208(a), the penalty for which is found at Title 18, United States Code, Section 216(a)(1).

ROBERT J. TROESTER
United States Attorney

*Jessica L. Perry*

JESSICA L. PERRY
Assistant U.S. Attorney

COREY AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

*signature*

NICHOLAS W. CANNON
Trial Attorney
Public Integrity Section
U.S. Department of Justice